(Argued January 26, 1888; decided February 10, 1888.)

Appeal from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 24, 1885, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Albert H. Harris* for appellant.

*William S. Oliver* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

Norman L. Hubbard, Respondent, *v.* The Long Island Railroad Company, Appellant.

(Argued January 27, 1888; decided February 10, 1888.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department entered upon an order made September 22, 1885, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*E. E. Sprague* for appellant.

*Daniel W. Reeve* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.